UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSETTE J. SCACCIA<br>　　Plaintiff, | CIVIL ACTION NO.<br>3:14-cv-1836-AVC |
| v. | |
| BARBERINO CAR COUNTRY LLC<br>　　Defendant | JULY 30, 2015 |

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Josette Scaccia, through her attorney, and the defendant, Barberino Car Country LLC, through their attorneys, hereby stipulate that the plaintiff's claims shall be dismissed with prejudice and without costs or attorney's fees.

　　　　　　　　　　　　　　　PLAINTIFF, JOSETTE J. SCACCIA

　　　　　　　　　　　　　　　By: /s/ *Daniel S. Blinn*
　　　　　　　　　　　　　　　　　Daniel S. Blinn (ct02188)
　　　　　　　　　　　　　　　　　dblinn@consumerlawgroup.com
　　　　　　　　　　　　　　　　　Consumer Law Group, LLC
　　　　　　　　　　　　　　　　　35 Cold Spring Rd. Suite 512
　　　　　　　　　　　　　　　　　Rocky Hill, CT  06067
　　　　　　　　　　　　　　　　　Tel. (860) 571-0408
　　　　　　　　　　　　　　　　　Fax (860) 571-7457

DEFENDANT, BARBERINO CAR COUNTRY LLC

By: /s/ *Nicole C. Chomiak*
    Nicole C. Chomiak (ct18547)
    nchomiak@nuzzo-roberts.com
    Nuzzo & Roberts, LLC
    One Town Center
    P.O. Box 747
    Cheshire, CT 06410
    Tel:  (203) 250-2000
    Fax: (203) 250-3131

## CERTIFICATION

    I hereby certify that on this 30th day of July, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/ *Daniel S. Blinn*
    Daniel S. Blinn